**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 11-89-1** |
| | : | |
| **JAMES BERNARD ARMSTRONG, JR.** | : | |

**O R D E R**

**AND NOW**, this 15th day of May, 2012, upon consideration of the Government's Motion for Authorization to Search Computers (Doc. No. 60), Defendant Armstrong's Response thereto (Doc. No. 68), and Defendant Armstrong's Motion to Strike the Government's Motion to Search Computers (Doc. No. 62), IT IS HEREBY ORDERED that:

1. The Government's Motion for Authorization to Search Computers (Doc. No. 60) is **GRANTED** in accordance with this Order: The Court finds that there is probable cause to conduct a complete forensic analysis of the computers described in the Government's motion for evidence of drug trafficking in violation of 21 U.S.C. §§ 841 and 846 that may include computerized records, including stored contacts, names, phone numbers, direct connect numbers, ledgers, notes, FedEx records, email and email addresses, historical website data, date book information, digital photographs and videos, and other items of information the trafficker used in furtherance of his distribution of controlled substances.

2. Defendant Armstrong's Motion to Strike the Government's Motion to Search Computers (Doc. No. 62) is **DENIED**.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.