# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES BERNARD ARMSTRONG, JR., | : <br> : <br> : |
| v. | : CIVIL ACTION <br> : NO. 15-1520 <br> : |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION <br> : NO. 11-89 <br> : <br> : <br> : |

## ORDER

**AND NOW,** this 31st day of August, 2018, after consideration of the defendant's motion to vacate, set aside or correct sentence and his supporting brief (Doc. Nos. 187, 188), the government's response (Doc. No. 191), and the defendant's reply (Doc. No. 192), **IT IS HEREBY ORDERED** that the petitioner's motion is **DENIED**. A certificate of appealability will not issue.

BY THE COURT:

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.