# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:11-CR-89 |
| | : |
| v. | : (Judge Conner) |
| | : |
| **JAMES BERNARD ARMSTRONG, JR.,** | : |
| | : |
| **Defendant** | : |

## ORDER

AND NOW, this 23rd day of July, 2020, upon consideration of the motion (Doc. 200) by defendant James Bernard Armstrong, Jr., for compassionate release and reduction of sentence under 18 U.S.C. § 3582(c)(1)(A)(i), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that Armstrong's motion (Doc. 200) is DENIED without prejudice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania